IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ERIC D. JOHNSON,

    Plaintiff,

v.                                                        Civil Action No. 3:14CV777

DR. JOHNSON, et al.,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on December 8, 2014, the Court conditionally docketed this action. The December 8, 2014 Memorandum Order warned Eric D. Johnson that the Court would dismiss the action if he failed to keep the Court informed of his current address. On May 14, 2015, the United States Postal Service returned a May 4, 2015 Memorandum Order to the Court marked, "RETURN TO SENDER" and "UNABLE TO FORWARD." Since that date, Johnson has not contacted the Court to provide a current address. Johnson's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Johnson.

                                                              /s/   RSP
                                                       Robert E. Payne

Date: June 15, 2015               Senior United States District Judge
Richmond, Virginia